IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARILYNN PHILLIPS              :

v.                             :       CIVIL NO. RDB 08-2501

KELSEY'S RESTAURANT, INC.      :

## O R D E R

The Plaintiff filed the complaint on September 24, 2008, and failed to serve the summons and complaint upon the above named defendant within 120 days after the filing of the said complaint. The Court issued an Order on July 16, 2009 directing the Plaintiff to show cause why the case should not be dismissed to which the Plaintiff responded on July 30, 2009. Summons was reissued on August 3, 2009, and a second show cause order pursuant to Local Rule 103.8.a was issued on December 7, 2009. The Plaintiff failed to show good cause why this case should not be dismissed within the time prescribed in the December 7, 2009 Order.

Accordingly, it is hereby ORDERED, this 22nd day of December, 2009, that this case BE, and it hereby IS, DISMISSED, WITHOUT PREJUDICE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 103.8.a.

/s/
Richard D. Bennett
United States District Judge

Case 1:08-cv-02501-RDB   Document 7   Filed 12/23/09   Page 2 of 3